1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  ROBERT A. BONTA, State Bar #202668
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Sixth Floor
5  San Francisco, California 94102-5408
   Telephone:     (415) 554-4268
6  Facsimile:     (415) 554-3837
   E-Mail:        robert.bonta@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO,
SAN FRANCISCO POLICE CHIEF HEATHER FONG
(IN HER OFFICIAL CAPACITY ONLY)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MARK GOINGS, | Case No. 08-CV-02544-BZ |
|---|---|
| Plaintiff, | **DEFENDANTS CITY AND COUNTY OF SAN FRANCISCO AND SAN FRANCISCO POLICE CHIEF HEATHER FONG'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** |
| vs. | |
| SGT. ELLIOT, San Francisco Police Officer & Individually, DENNES, San Francisco Police Officer & Individually, HEATHER FONG, As Chief Of The San Francisco Police Department, CITY OF SAN FRANCISCO, and SAN FRANCISCO POLICE DEPARTMENT | |
| Defendants. | |

The undersigned parties in the above-captioned civil matter hereby decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States Judge.

Defs.' Declination of Mag. Judge             1                    n:\lit\li2008\081421\00491482.doc
CASE NO. 08-CV-02544-BZ

1  Dated: June 19, 2008

2            DENNIS J. HERRERA
          City Attorney

3            JOANNE HOEPER
          Chief Trial Deputy

4            ROBERT A. BONTA
          Deputy City Attorney

6  By: _____/s/_____
      ROBERT A. BONTA

7  Attorneys for Defendants