UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK GOINGS | Case # : 08-02544 BZ |
| Plaintiff, | PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT CITY OF SAN FRANCISCO |
| vs. | |
| SGT. ELLIOT, OFC. DENNES, ET AL. | |
| Defendant. | |

AO 440 (Rev. 10/93) Summons in a Civil Action

#CV 082544BZ    Goings v City of San Francisco
Summons; Complaint; Order Setting Initial Case Management Conference; ADR Deadlines, Case Coversheet; Standing Order Regarding Contents of Joint Case Management Statement; Notice of Assignment of Case; Corp. Guidelines;CF Reg. Information Handout

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]

DATE: June 3, 2008

Name of SERVER (PRINT): Frank Smith

TITLE: Registered Process Server

*Check one box below to indicate appropriate method of service*

**X** Served Personally upon the Defendant. Place where served:
City of San Francisco,1 DR. Carlton B. Goodlettt Place, room 200, San Francisco, CA 94102
by serving Agent, Nydia Gonzalez, Office of the Mayor, Authorized to Accept

Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and .....
discretion then residing therein.
Name of person with whom the summons and complaint were left

Returned unexecuted:

Other *(specify)*:

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          | 65.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 10 2008
    Date

Signature of Server
Frank Smith

FRANK SMITH
SANTA CLARA COUNTY #1085

Address of Server
County Process Service, Inc.
31 E. Julian Street
San Jose, Ca. 95112

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure