# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

MARK GOINGS

              Plaintiff,

vs.

SGT. ELLIOT, OFC. DENNES, ET AL.

              Defendant.

_____/

Case # : 08-02544 BZ

PROOF OF SERVICE OF SUMMONS AND
COMPLAINT ON DEFENDANT OFFICER
DENNES

#CV 082544BZ    Goings v Sgt. Elliot,et al

AO 440 (Rev 10/93) Summons in a Civil Action

Summons; Complaint; Order Setting Initial Case Management Conference; ADR Deadlines, Case Coversheet; Standing Order Regarding Contents of Joint Case Management Statement; Notice of Assignment of Case; Corp. Guidelines;ECF Reg. Information Handout

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | June 17, 2008 |

| Name of SERVER (PRINT)     Frank Smith | TITLE     Registered Process Server |
|---|---|

*Check one box below to indicate appropriate method of service*

**x**  Served Personally upon the Defendant. Place where served:
  By Serving , Officer Dennes
  San Francisco International Airport, San Francisco, California

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and . . . . . discretion then residing therein.
  Name of person with whom the summons and complaint were left

☐ Returned unexecuted·

☐ Other *(specify)*:

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 85.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___June 20, 2008___
           *Date*

Signature of Server
Frank Smith

**FRANK SMITH**
SANTA CLARA COUNTY #1085

*Address of Server*
County Process Service, Inc.
31 E. Julian Street
San Jose, Ca. 95112

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure