UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MARK GOINGS

        Plaintiff,

vs.

SGT. ELLIOT, OFC. DENNES, ET AL.

        Defendant.
_____/

Case # : 08-02544 BZ

PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT SAN FRANCISCO POLICE DEPARTMENT

AO 440 (Rev 10/93) Summons in a Civil Action

#CV 082544BZ    Goings v Sgt. Elliot, et al

Summons; Complaint; Order Setting Initial Case Management Conference; ADR Deadlines; Case Coversheet; Standing Order Regarding Contents of Joint Case Management Statement; Notice of Assignment of Case; Corp. Guidelines; CF Reg. Information Handout

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | June 3, 2008 |
| Name of SERVER (PRINT)    Frank Smith | TITLE    Registered Process Server |

*Check one box below to indicate appropriate method of service*

**x**    Served Personally upon the Defendant. Place where served:
San Francisco Police Department, 1 DR Carlton B. Goodlett Place, Room 200, San Francisco, CA 94102
by serving Agent, Nydia Gonzalez, Office of the Mayor, Authorized to Accept

Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and .....
discretion then residing therein.
Name of person with whom the summons and complaint were left

Returned unexecuted:

Other *(specify)*:

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL  27.50 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    June 17, 2008
            Date

Signature of Server
Frank Smith

FRANK SMITH
SANTA CLARA COUNTY #1085

Address of Server
County Process Service, Inc.
31 E. Julian Street
San Jose, Ca. 95112

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.