1
2
3
4
5
## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
6
7
8

9  MARK GOINGS                                    Case # : 08-02544 BZ
10
                                                  PROOF OF SERVICE OF SUMMONS AND
11             Plaintiff,                         COMPLAINT ON DEFENDANT SFPD POLICE
     vs.                                          CHIEF HEATHER FONG
12
13  SGT. ELLIOT, OFC. DENNES, ET AL.
14
               Defendant.
15  _____/
16
17
18
19
20
21
22
23
24
25
26
27
28

AO 440 (Rev. 10/93) Summons in a Civil Action

Case #CV 082544BZ    Goings v Sgt. Elliot, et al
Summons; Complaint; Order Setting Initial Case Management Conference; ADR Deadlines; Case Coversheet; Standing Order Regarding Contents of Joint Case Management Statement; Notice of Assignment of Case; Corp. Guidelines; CF Reg. Information Handout

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and Complaint was made by me [1] || DATE<br>June 3, 2008 |
| Name of SERVER (PRINT)<br>Frank Smith || TITLE<br>Registered Process Server |

*Check one box below to indicate appropriate method of service*

**x**     Served Personally upon the Defendant. Place where served:
Chief Heather Fong, 1DR Carlton B. Goodlett Place, Room 200, San Francisco, CA 94102
by serving Agent, Nydia Gonzalez, Office of the Mayor, Authorized to Accept

Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and .....
discretion then residing therein.
Name of person with whom the summons and complaint were left

Returned unexecuted:

Other *(specify)*:

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL  27.50 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   June 17, 2008
          *Date*

*Signature of Server*
Frank Smith

FRANK SMITH
COUNTY #1085

*Address of Server*
County Process Service, Inc.
31 E. Julian Street
San Jose, Ca. 95112

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.