1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  ROBERT A. BONTA, State Bar #202668
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Sixth Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-4268
6  Facsimile:    (415) 554-3837
   E-Mail:       robert.bonta@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
SAN FRANCISCO POLICE CHIEF HEATHER FONG
(IN HER OFFICIAL CAPACITY ONLY),
DEFENDANT OFFICER DENNES, SGT. DAVID ELLIOT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK GOINGS, | Case No. 08-CV-02544-PJH |
| Plaintiff, | **DEFENDANTS' NOTICE OF UNAVAILABILITY OF COUNSEL** |
| vs. | |
| SGT. ELLIOT, San Francisco Police Officer & Individually, DENNES, San Francisco Police Officer & Individually, HEATHER FONG, As Chief Of The San Francisco Police Department, CITY OF SAN FRANCISCO, and SAN FRANCISCO POLICE DEPARTMENT | Trial Date:        Not Set |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that counsel for defendants City and County Of San Francisco, San Francisco Police Chief Heather Fong (In Her Official Capacity Only), Officer Dennes and Sgt. David Elliot, Deputy City Attorney Robert A. Bonta, will be unavailable for depositions, motions, court

appearances, filing oppositions to motions and responding to discovery requests and similar matters that require his immediate attention from *August 8, 2008 through August 29, 2008.* Further, Mr. Bonta is the sole attorney responsible for this matter; therefore, scheduling matters during the above period will subject the offending party or counsel to sanctions.

<u>Tenderloin Housing Clinic, Inc. v. Sparks</u> (1992) 8 Cal.App.4th 299.

Dated: July 25, 2008

        DENNIS J. HERRERA
        City Attorney
        JOANNE HOEPER
        Chief Trial Deputy
        ROBERT A. BONTA
        Deputy City Attorney

By: _____/s/_____
    ROBERT A. BONTA

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
SAN FRANCISCO POLICE CHIEF HEATHER FONG
(IN HER OFFICIAL CAPACITY ONLY),
DEFENDANT OFFICER DENNES, SGT. DAVID ELLIOT