1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  ROBERT A. BONTA, State Bar #202668
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Sixth Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-4268
6  Facsimile:    (415) 554-3837
   E-Mail:       robert.bonta@sfgov.org

7

8  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO,
9  SAN FRANCISCO POLICE CHIEF HEATHER FONG
   (IN HER OFFICIAL CAPACITY ONLY),
10 DEFENDANT OFFICER DENNES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK GOINGS,<br><br>          Plaintiff,<br><br>     vs.<br><br>SGT. ELLIOT, San Francisco Police Officer & Individually, DENNES, San Francisco Police Officer & Individually, HEATHER FONG, As Chief Of The San Francisco Police Department, CITY OF SAN FRANCISCO, and SAN FRANCISCO POLICE DEPARTMENT<br><br>          Defendants. | Case No. 08-CV-02544-PJH<br><br>**STIPULATION AND [PROPOSED] ORDER RE RESCHEDULING CASE MANAGEMENT CONFERENCE**<br><br>Trial Date:        Not Set |

1

1    The Court has scheduled a case management conference for Thursday, August 28, 2008
2 at 2:30 p.m.
3    Counsel for the parties agree and stipulate that the case management conference be
4 rescheduled to either September 11, 2008 or September 25, 2008 at 2:30 p.m., subject to the
5 Court's availability.
6    This request is made because counsel for defendants will be out of the country on August
7 28, 2008, as reflected in defense counsel's Notice of Unavailability, filed on July 25, 2008.
8    There have been no other time modifications related to this Case Management
9 Conference.
10    This request will have no impact on any other portion of the schedule of the case.

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

STIPULATION AND [PROPOSED] ORDER RE RESCHEDULING CMC CASE NO.    N:\LIT\LI2008\081421\00497138.DOC
08-CV-02544-PJH

The parties therefore jointly stipulate and request that the case management conference be rescheduled to either September 11, 2008 or September 25, 2008 at 2:30 p.m., subject to the Court's availability.

July 29, 2008                                              /s/
                                                           _____
                                                           **Robert A. Bonta**
                                                           Attorney for Defendants
                                                           CITY AND COUNTY OF SAN
                                                           FRANCISCO, SAN FRANCISCO POLICE
                                                           CHIEF HEATHER FONG
                                                           (IN HER OFFICIAL CAPACITY ONLY),
                                                           DEFENDANT OFFICER DENNES

July 29, 2008                                              /s/
                                                           _____
                                                           **Jeffery M. Kallis**
                                                           Attorney for Plaintiff
                                                           MARK GOINGS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____            _____
                                         Honorable Phyllis J. Hamilton
                                         United States Magistrate Judge