1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  ROBERT A. BONTA, State Bar #202668
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Sixth Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-4268
6  Facsimile:    (415) 554-3837
   E-Mail:       robert.bonta@sfgov.org
7

8  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO,
9  SAN FRANCISCO POLICE CHIEF HEATHER FONG
   (IN HER OFFICIAL CAPACITY ONLY),
10 DEFENDANT OFFICER DENNES

11

12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15 MARK GOINGS,                          Case No. 08-CV-02544-PJH

16          Plaintiff,                   **STIPULATION AND [PROPOSED]
                                         ORDER RE RESCHEDULING CASE
17      vs.                              MANAGEMENT CONFERENCE**

18 SGT. ELLIOT, San Francisco Police
   Officer & Individually, DENNES, San
19 Francisco Police Officer & Individually,  Trial Date:        Not Set
   HEATHER FONG, As Chief Of The San
20 Francisco Police Department, CITY OF
   SAN FRANCISCO, and SAN
21 FRANCISCO POLICE DEPARTMENT

22          Defendants.

23

24

25

26

27

28
                                    1
   STIPULATION AND [PROPOSED] ORDER RE RESCHEDULING CMC CASE NO.       N:\LIT\LI2008\081421\00497138.DOC
   08-CV-02544-PJH

1    The Court has scheduled a case management conference for Thursday, August 28, 2008

2    at 2:30 p.m.

3    Counsel for the parties agree and stipulate that the case management conference be

4    rescheduled to either September 11, 2008 or September 25, 2008 at 2:30 p.m., subject to the

5    Court's availability.

6    This request is made because counsel for defendants will be out of the country on August

7    28, 2008, as reflected in defense counsel's Notice of Unavailability, filed on July 25, 2008.

8    There have been no other time modifications related to this Case Management

9    Conference.

10    This request will have no impact on any other portion of the schedule of the case.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE RESCHEDULING CMC CASE NO.     N:\LIT\LI2008\081421\00497138.DOC
08-CV-02544-PJH

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

       The parties therefore jointly stipulate and request that the case management conference be rescheduled to ~~either September 11, 2008 or~~ September 25, 2008 at 2:30 p.m., su~~bject to the Court's availability~~.

July 29, 2008                              /s/

                                        **Robert A. Bonta**
                                        Attorney for Defendants
                                        CITY AND COUNTY OF SAN
                                        FRANCISCO, SAN FRANCISCO POLICE
                                        CHIEF HEATHER FONG
                                        (IN HER OFFICIAL CAPACITY ONLY),
                                        DEFENDANT OFFICER DENNES

July 29, 2008                              /s/

                                          **Jeffery M. Kallis**
                                        Attorney for Plaintiff
                                        MARK GOINGS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __8/11/08_____

Honorable
United Sta

IT IS SO ORDERED

Judge Phyllis J. Hamilton

STIPULATION AND [PROPOSED] ORDER RE RESCHEDULING CMC CASE NO.      N:\LIT\LI2008\081421\00497138.DOC
08-CV-02544-PJH