DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
ROBERT A. BONTA, State Bar #202668
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-4268
Facsimile:     (415) 554-3837
E-Mail:        robert.bonta@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
SAN FRANCISCO POLICE CHIEF HEATHER FONG
(IN HER OFFICIAL CAPACITY ONLY),
OFFICER DENNES, SGT. DAVID ELLIOT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MARK GOINGS, | Case No. 08-CV-02544-PJH |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO COMPLETE MEDIATION** |
| SGT. ELLIOT, San Francisco Police Officer & Individually, DENNES, San Francisco Police Officer & Individually, HEATHER FONG, As Chief Of The San Francisco Police Department, CITY OF SAN FRANCISCO, and SAN FRANCISCO POLICE DEPARTMENT | Trial Date:     Not Set |
| Defendants. | |

  WHEREAS the Court, on September 26, 2008, ordered this case to mediation, the deadline to complete that mediation falling within ninety days, on or about December 25, 2008.

  WHEREAS the parties believe that they will not be in a position to mediate this case effectively by December;

1     WHEREAS the parties want to ensure that they have completed sufficient basic and initial
2 discovery to be in a position to mediate this case meaningfully;

3     WHEREAS the parties believe that mediation will be unproductive without completing this
4 initial phase of discovery;

5     WHEREAS counsel for the parties and mediator Stephen Schirle participated in an initial
6 telephone conference on November 17, 2008 and Mr. Schirle agrees that additional time to complete
7 discovery is necessary to ensure a productive mediation session;

8     AND WHEREAS counsel for defendants Rob Bonta will not be available from approximately
9 December 18, 2008 to January 20, 2009 due to paternity leave;

10     THEREFORE the parties agree and stipulate, subject to the Court's approval, to continue the
11 deadline to complete mediation to March 31, 2009.

12 Dated:  November 19, 2008

13                                                   By:_____/s/_____
14                                                            ROBERT A. BONTA

15                                                          Attorneys for Defendants
                                                          CITY AND COUNTY OF SAN FRANCISCO,
16                                                           SAN FRANCISCO POLICE CHIEF HEATHER FONG
                                                          (IN HER OFFICIAL CAPACITY ONLY),
17                                                           DEFENDANT OFFICER DENNES, SGT. DAVID
                                                          ELLIOT
18

19
Dated:  November 19, 2008        By:  _____/s/_____
20                                                   JEFFERY M. KALLIS, ESQ.
21                                                   Attorney for Plaintiff
                                                  MARK GOINGS

**ORDER**

Based on the foregoing stipulation, the Court hereby orders that the deadline to complete the mediation of this case be extended to March 31, 2009.

Dated: 11/21/08



HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Phyllis J. Hamilton

STIP AND ORDER RE MEDIATION
CASE NO. 08-CV-02544-PJH

3

n:\lit\li2008\081421\00522392.doc