M. Jeffery Kallis (SBN 190028)
The Law Firm of Kallis & Assoc. PC
333 W. San Carlos St Ste 800
San Jose, California 95110
Telephone:     (408) 971-4655
Facsimile:     (408) 971-4644
E-Mail:        M_J_Kallis@kallislaw.com

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
SAN FRANCISCO POLICE CHIEF HEATHER FONG
(IN HER OFFICIAL CAPACITY ONLY),
OFFICER DENNES, SGT. DAVID ELLIOT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK GOINGS,<br><br>                Plaintiff,<br><br>     vs.<br><br>SGT. ELLIOT, San Francisco Police Officer & Individually, DENNES, San Francisco Police Officer & Individually, HEATHER FONG, As Chief Of The San Francisco Police Department, CITY OF SAN FRANCISCO, and SAN FRANCISCO POLICE DEPARTMENT<br><br>                Defendants. | Case No. 08-CV-02544-PJH<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO COMPLETE MEDIATION**  AS MODIFIED BY THE COURT<br><br>Trial Date:          Not Set |

    WHEREAS the Court, on November 21, 2008, ordered this case to mediation, the deadline to complete that mediation falling on or about March 31, 2009;

    WHEREAS the parties believe that they will not be in a position to mediate this case effectively by March 31, 2009;

    WHEREAS the parties want to ensure that they have completed sufficient basic and initial discovery to be in a position to mediate this case meaningfully;

STIP AND ORDER RE MEDIATION
CASE NO.  08-CV-02544-PJH

1

c:\documents and settings\paralegal\desktop\goings-final-stipandord_extending_disc_and mediation.doc

1  WHEREAS the parties believe that mediation will be unproductive without completing this initial phase of discovery;

3  WHEREAS counsel for the parties and mediator Stephen Schirle participated in a telephone conference on March 12, 2009 and Mr. Schirle agrees that additional time to complete discovery is necessary to ensure a productive mediation session;

6  AND WHEREAS M. Jeffery Kallis, counsel for plaintiff, will not be available from approximately April 1, 2009 to June 16, 2009 due to trial in other cases;

8  THEREFORE the parties agree and stipulate, subject to the Court's approval, to continue the non-expert discovery cutoff date from September 30, 2009 to October 30, 2009;

the Deadline to complete mediation from March 31, 2009 to November 13, 2009.

the Disclosure of Experts from November 25, 2009 to December 9, 2009;

Expert Discovery Cutoff from December 24, 2009 to January 7, 2010.

Dated:  March 24, 2009

By:_____/s/_____
    ROBERT A. BONTA

    Attorneys for Defendants
    CITY AND COUNTY OF SAN FRANCISCO,
    SAN FRANCISCO POLICE CHIEF HEATHER FONG
    (IN HER OFFICIAL CAPACITY ONLY),
    DEFENDANT OFFICER DENNES, SGT. DAVID
    ELLIOT

Dated:  March 24, 2009         By:  _____/s/_____
    M. JEFFERY KALLIS, ESQ.
    Attorney for Plaintiff
    MARK GOINGS

**ORDER**

Based on the foregoing stipulation, the Court hereby orders that the following changes to the Case Management and Pretrial Schedule:

The non-expert discovery cutoff date continued from September 30, 2009 to October 30, 2009;

the Deadline to complete Mediation continued from March 31, 2009 to November 13, 2009;

the Disclosure of Experts continued from November 25, 2009 to December 9, 2009;

Expert Discovery Cutoff continued from December 24, 2009 to January 7, 2010.

Dated: __3/26/09_____                    _____
                                                HON. PHYLLIS J. HAMILTON
                                                UNITED STATES DISTRICT JUDGE

THE DISPOSITIVE MOTIONS DEADLINE WILL NOT BE CONTINUED.

