UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK GOINGS,

    Plaintiff(s),                           No. C 08-2544 PJH

    v.                                       **NOTICE**

SGT. ELLIOT, et al.,

    Defendant(s).

_____/

    The court has received Mr. Kallis' letter in which he further explains the divergence of opinion as to the Local Rule's briefing deadlines for summary judgment motions. The court acknowledges that Mr. Kallis' interpretation appears to be correct as the rule currently reads. Coincidentally, this matter was brought to the court's attention, as Chair of the Northern District's Rules Committee, via another unrelated inquiry on the same day of the hearing. The source of the problem has been identified and is being rectified by the Rules Committee. The court thanks Mr. Kallis for further highlighting the issue, and of course, the opposition brief will NOT be stricken as untimely in light of the lack of clarity in our Local Rules.

    **IT IS SO ORDERED.**

Dated: January 25, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge