UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK GOINGS,

    Plaintiff(s),

v.

SGT. ELLIOT, et al.,

    Defendant(s).
_____/

No. C 08-2544 PJH

**REVISED SCHEDULING ORDER**

The court has received the joint letter of counsel seeking guidance about the pretrial schedule in view of the dispositive motion that remains pending. The court appreciates the parties' dilemma, one the court seeks to avoid by scheduling hearings on dispositive motions 120 days before trial. The court will endeavor to issue a ruling before the end of March. As there are no other available trial dates, that date will not be continued. Instead the April 8 pretrial conference will be continued to April 22, 2010, and the date for filing pretrial papers will be continued from March 9 to April 1, 2010, with oppositions to motions in limine due April 9, 2010.

**IT IS SO ORDERED.**

Dated: March 3, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge