UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK GOINGS,

      Plaintiff(s),

    v.

SGT. ELLIOT, et al.,

      Defendant(s).

No. C 08-2544 PJH

**JUDGMENT**

This action came on for hearing before the court and the issues having been duly heard and the court having granted defendants' motion for summary judgment

    it is Ordered and Adjudged

    that judgment be entered in favor of defendants David Elliot and Paul Dennes and against plaintiff Mark Goings.

    IT IS SO ORDERED.

Dated: March 19, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge