UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK GOINGS

       Plaintiff(s),                           No. C 08-2544 PJH

   v.                                    **JUDGMENT**

SGT. ELLIOT

       Defendant(s).
_____/

    This action came on for hearing before the court and the issues having been duly heard and the court having granted defendants' motion for summary judgment and plaintiff's request to dismiss all claims against remaining defendants City and County of San Francisco, the San Francisco Police Department, and Heather Fong,

    it is Ordered and Adjudged

    that the complaint is dismissed with prejudice as to defendants City and County of San Francisco, the San Francisco Police Department, and Heather Fong.

    IT IS SO ORDERED.

Dated: March 22, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge