UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK GOINGS,

    Plaintiff,

    v.

SGT. ELLIOT, et al.,

    Defendants.

_____/

No. C 08-2544 PJH

**AMENDMENT RE ORDER GRANTING SUMMARY JUDGMENT**

    The court issued its order granting summary judgment in defendants' favor on March 19, 2010. On March 22, 2010, plaintiff's counsel filed a letter with the court noting that the court's March 19 order included a statement (at footnote 1) striking plaintiff's opposition brief based upon plaintiff's late filing of the opposition papers, in direct contravention of the court's prior January 25, 2010 notice, which ruled that plaintiff's opposition brief would not be stricken as untimely. Plaintiff accordingly seeks a correction to the summary judgment order, in order to reflect the court's earlier finding.

    To the extent plaintiff's counsel seeks correction of the court's ruling, in order to reflect the fact that plaintiff's opposition brief was not filed inexcusably late, the court hereby GRANTS plaintiff's counsel's request, and hereby CLARIFIES and AMENDS the March 19, 2010 order to reflect the fact that, consistent with the court's earlier filed January 25 notice, plaintiff's opposition brief is not stricken as untimely. To that end, footnote 1 of the March 19 order is accordingly STRICKEN.

**IT IS SO ORDERED.**

Dated: March 29, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge